[No. 725-1.   Division One—Panel 2.   November 22, 1971.]

THE STATE OF WASHINGTON, *Respondent*, v. MITCHELL LEE WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 53660, Frank H. Roberts, Jr., J., entered July 30, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 881-1.   Division One—Panel 1.   November 22, 1971.]

THE STATE OF WASHINGTON, *Respondent*, v. SIEGFRIED D. MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 54723, Robert M. Elston, J., entered November 25, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 1023-1.   Division One—Panel 1.   November 22, 1971.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD LOUIS HRBAL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 55201, James W. Mifflin, J., entered January 22, 1971. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 556-2.   Division Two.   November 29, 1971.]

MODESTO BANCHERO, *Appellant*, v. JOHN F. ROTH et al., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 701773, Horton Smith, J., entered April 14, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.